**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____ Chapter ___7___

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Reavans Gilbert LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 8 2 – 2 3 5 1 6 7 8 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| <br>Number   Street | **1218 El Prado Avenue**<br>Number   Street |
| | **Suite 134**<br>P.O. Box |
| City      State   ZIP Code | **Torrance**      **CA**   **90501**<br>City      State   ZIP Code |
| **Dallas**<br>County | Location of principal assets, if different from principal place of business |
| | <br>Number   Street |
| | <br>City      State   ZIP Code |

5. Debtor's website (URL) _____

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Reavans Gilbert LLC**                                    Case number (if known) _____

**7.  Describe debtor's business**

    *A.  Check one:*

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    ☑ None of the above

    *B.  Check all that apply:*

    ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
    ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

    *C.*  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

    ____  ____  ____  ____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

    *Check one:*

    ☑ Chapter 7
    ☐ Chapter 9
    ☐ Chapter 11.  *Check all that apply:*

        ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

        ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

        ☐ A plan is being filed with this petition.

        ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

        ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

        ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

Debtor **Reavans Gilbert LLC** _____     Case number (if known) _____

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☐ No

   ☑ Yes. District **Northern District of Texas**     When **11/04/2019**   Case number **19-33705**
   MM / DD / YYYY

   District _____  When _____  Case number _____
   MM / DD / YYYY

   District _____  When _____  Case number _____
   MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☑ No

    ☐ Yes.  Debtor _____  Relationship _____

    District _____  When _____
    MM / DD / YYYY

    Case number, if known _____

    Debtor _____  Relationship _____

    District _____  When _____
    MM / DD / YYYY

    Case number, if known _____

11. **Why is the case filed in _this district_?**

    _Check all that apply:_

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☑ No

    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?**     _(Check all that apply.)_

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?**  _____
    Number      Street

    _____

    _____
    City                State   ZIP Code

    **Is the property insured?**

    ☐ No

    ☐ Yes.  Insurance agency _____

    Contact name _____

    Phone _____

Debtor __Reavans Gilbert LLC_____    Case number (if known) _____

## Statistical and adminstrative information

| | | | |
|---|---|---|---|
| **13.** | **Debtor's estimation of available funds** | Check one: | |
| | | ☐ Funds will be available for distribution to unsecured creditors. | |
| | | ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | |

**14. Estimated number of creditors**

| | | | | | |
|---|---|---|---|---|---|
| ☑ 1-49 | | ☐ 1,000-5,000 | | ☐ 25,001-50,000 | |
| ☐ 50-99 | | ☐ 5,001-10,000 | | ☐ 50,001-100,000 | |
| ☐ 100-199 | | ☐ 10,001-25,000 | | ☐ More than 100,000 | |
| ☐ 200-999 | | | | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __12/23/2020__
          MM / DD / YYYY

X __/s/ Nick Ichimaru_____
    Signature of authorized representative of debtor
__Nick Ichimaru_____
    Printed name
__Manager_____
    Title

Debtor  **Reavans Gilbert LLC** _____     Case number (if known) _____

| | | | |
|---|---|---|---|
| **18. Signature of attorney** | **X** **/s/ Joyce Lindauer** _____ | Date | **12/23/2020** |
| | Signature of attorney for debtor | | MM / DD / YYYY |

                        **Joyce Lindauer** _____
                        Printed name

                        **Joyce W. Lindauer** _____
                        Firm name

                        **Joyce W. Lindauer Attorney, PLLC** _____
                        Number       Street

                        **1412 Main Street, Suite 500** _____

                        **Dallas** _____  **TX**  **75202** _____
                        City                               State     ZIP Code

                        **(972) 503-4033** _____  **joyce@joycelindauer.com** _____
                        Contact phone                     Email address

                        **21555700** _____  **TX** _____
                        Bar number                       State

B2030 (Form 2030) (12/15)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

In re  **Reavans Gilbert LLC**

Case No.  _____

Chapter  **7**  _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept................................................................ **$2,835.00**

Prior to the filing of this statement I have received........................................................ **$2,835.00**

Balance Due.......................................................................................................... **$0.00**

2. The source of the compensation paid to me was:

    ☐ Debtor        ☑ Other (specify)

3. The source of compensation to be paid to me is:

    ☑ Debtor        ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| __12/23/2020__ | **/s/ Joyce Lindauer** |
| *Date* | *Joyce Lindauer*  Bar No. 21555700 |
| | Joyce W. Lindauer |
| | Joyce W. Lindauer Attorney, PLLC |
| | 1412 Main Street, Suite 500 |
| | Dallas, TX 75202 |
| | Phone: (972) 503-4033 / Fax: (972) 503-4034 |

---

**/s/ Nick Ichimaru**

*Nick Ichimaru*
*Manager*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:   **Reavans Gilbert LLC**                                        CASE NO

                                                                 CHAPTER   **7**

## VERIFICATION OF CREDITOR MATRIX

    The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  12/23/2020                                    Signature   */s/ Nick Ichimaru*
                                                                     *Nick Ichimaru*
                                                                     *Manager*


Date _____            Signature _____

Attorney General of Texas
Bankruptcy Division
P O Box 12548
Austin, TX 78711-2548


Benjamin T. Ruiz
Hajjar Peters LLP
3144 Bee Caves Road
Austin, TX 78746


GVA Pro
301 Congress Avenue, Suite 1250
Austin, TX 78701


Hiroyuki Kawata
1218 El Prado Avenue, Suite 134
Torrance, CA 90501


Hiroyuki Kawata
3207 Carolwood Lane
Torrance, CA 90505


Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, Texas  75242-1100


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


Jeff J Horn Jr.
Republic Center
325 N. St. Paul Street Suite 4400
Dallas, TX 75201


Keyaki Kosan (Mr Yaichiro Aizawa)
1-6-5 Asagaya-Kita
Suginami-ku, Tokyo. 166-0001 Japan

Lee Rigby
6836 Austin Center Blvd.
Suite 100
Austin, TX 78731


Linebargar Goggan Blair & Sampson
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207


Maruishi Shoji Co, Ltd
72 Oyakesekishoucho
Kyoto-shi Yamashina-ku, Osaka 530-0041


Mr. Rikihito Sakashita (Raquas Joint Com
54-6-1304, Nakajuku
Itabashi-ku, Tokyo. 173-0005   Japan


Mr. Tsubasa Nakagawa
2-6-2-Chome, Tenjinbashi
Osaka-shi Kita-ku, Osaka. 530-0041 Japan


Nick Ichimaru
1218 El Prado Avenue, Suite 134
Torrance, CA 90501


Professional Service Property Management
3111 Unicorn Lake Blvd., Suite 116
Denton, TX 76210


Reavans Property Service LLC
1218 El Prado Avenue, Suite 134
Torrance, CA 90501


Robert Black Well
7557 Rambler Road, Suite 1450
Dallas, TX 75231

Texas Comptroller of Public Accounts
Revenue Accting Div - Bankr Section
PO Box 13528
Austin, TX 78711-3528


TM holdings/Chuo Shuppan
4-165 Issha nagoya-shi
Meito-ku, Aichi 465-0093 Japan



U. S. Attorney General
Department of Justice
Main Justice Building
10th & Constitution Ave., NW
Washington, DC 20530-0001

U. S. Trustee's Office
1100 Commerce Street
Room 976
Dallas, TX 75242